Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorney for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **HUNTER E.A. RAINER,** | Case No. 6:11-cv-06296-SI |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |
| _____ | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $9,241.75 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).  The net requested herein, less the EAJA fee awarded of $7845.27, is $1396.48, and Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d).  There are no other costs.

IT IS SO ORDERED this day of November  10th , 2016

 /s/ Michael H. Simon
United States District Judge

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -        1